# EXHIBIT 3

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0118827104 - 5699          Borrower(s): Melissa M. Ray
Date: May 18, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cance you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

    Ameriquest Mortgage Company
    1600 S Douglass Rd Anaheim, CA 92806
    ATTN: Funding Department
    Phone: (714)541-9960
    Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____     _____
Borrower/Owner  Melissa M. Ray                                Date

_____     _____
Borrower/Owner                                                Date

_____     _____
Borrower/Owner                                                Date

_____     _____
Borrower/Owner                                                Date

---

### REQUEST TO CANCEL
I/We want to cancel loan #_____.

Borrower/Owner Signature                                       Date

---

7777777707070700076765242717744400777370
7413566401073131763447105400756043737760
12230756043737760122307362757500656611 07
00000118627104040422 0101

850 (10/00)

05/18/2005 5:20:24 PM

**BORROWER COPY**