# EXHIBIT 7



**FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER**

*WWW.RICONSUMERLAW.COM*
**CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.**

*ATTORNEYS & COUNSELORS AT LAW*

July 31, 2007

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 1200
Orange, CA 92868

**Re: Notice of Rescission by Ronnie R. Johnson of 41 Warrington Ave., Providence, RI 02907; Loan Number: 0088507884; Closing Date 08/24/2004.**

To Whom It May Concern:

    I represent Ronnie R. Johnson concerning the mortgage loan transaction he and his wife entered into with Ameriquest Mortgage Company on August 24, 2004. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

    The primary basis for the rescission is that Mr. Johnson was given incomplete and therefore, inaccurate notices of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

    The security interest held by Ameriquest Mortgage Company on the Johnson's property located at 41 Warrington Ave., Providence, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

                                                           Very truly yours,
                                                           Ronnie R. Johnson
                                                           By his Attorney,

                                                          Christopher M. Lefebvre
                                                          P. O. Box 479
                                                          Pawtucket, RI 02862

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**
cc: Ronnie R. Johnson