# EXHIBIT 10




FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER
WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
ATTORNEYS & COUNSELORS AT LAW

July 31, 2007

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 1200
Orange, CA 92868

Re: **Notice of Rescission by Janice K. Burke and Charles T. Burke of 48 Pocasset Ave., Cumberland, RI 02864; Loan Number: 0111427340; Closing Date 02/25/2005.**

To Whom It May Concern:

I represent Janice K. Burke and Charles T. Burke concerning the mortgage loan transaction they entered into with Ameriquest Mortgage Company on February 25, 2005. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. & Mrs. Burke were given incomplete and therefore, inaccurate notices of their right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Burke's property located at 48 Pocasset Ave., Cumberland, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

          Very truly yours,
          Janice K. Burke
          Charles T. Burke
          By their Attorney,

          Christopher M. Lefebvre
          P. O. Box 479
          Pawtucket, RI 02862

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**
cc: Janice K. Burke and Charles T. Burke

*TWO DEXTER STREET, P.O. BOX 479 PAWTUCKET, RI 02862 PHONE: (401) 728-6060 FAX: (401) 728-6534*