AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Melissa M. Ray, et al

V.

Ameriquest Mortgage Co.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:



07-383T

TO: (Name and address of Defendant)

Ameriquest Mortgage Co.
c/o NATIONAL REGISTERED AGENTS, INC
222 JEFFERSON BOULEVARD, SUITE 200
WARWICK, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
PO Box 479
Pawtucket, RI 02862

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  10/12/07

false

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Nov 9, 2007 |
| NAME OF SERVER (PRINT) George Tager | TITLE Constable 6043 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: x_____

☐ Returned unexecuted: _____

☒ Other (specify): x Chris Bergner Registered Agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/9/07
Date

Signature of Server

Ahwahnee Ave N.P. R.I. 02911
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.