# U.S. District Court
## District of Rhode Island (Providence)
## CIVIL DOCKET FOR CASE #: 1:07−cv−00383−T−LDA

Ray et al v. Ameriquest Mortgage Company  
Assigned to: Judge Ernest C. Torres  
Referred to: Magistrate Judge Lincoln D. Almond  
Cause: 15:1601 Truth in Lending  

Date Filed: 10/12/2007  
Date Terminated: 01/11/2008  
Jury Demand: Plaintiff  
Nature of Suit: 371 Truth in Lending  
Jurisdiction: Federal Question  

**Plaintiff**

**Melissa M. Ray**     represented by   **Christopher M. Lefebvre**
Law Offices of Claude Lefebvre &Sons
P.O. Box 479
Pawtucket, RI 02862
728−6060
Fax: 728−6534
Email: court@lefebvrelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronnie R. Johnson**    represented by   **Christopher M. Lefebvre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janice K. Burke**    represented by   **Christopher M. Lefebvre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles T. Burke**    represented by   **Christopher M. Lefebvre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2007 | 1 | COMPLAINT against Ameriquest Mortgage Company ( Filing fee $ 350 receipt number 67152.), filed by Melissa M. Ray, Ronnie R. Johnson, Janice K. Burke, Charles T. Burke. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10)(Jackson, Ryan) (Entered: 10/12/2007) |
| 10/12/2007 | | Summons Issued (2) (Jackson, Ryan) (Entered: 10/12/2007) |
| 11/09/2007 | 2 | SUMMONS Returned Executed by Melissa M. Ray, Ronnie R. Johnson, Janice K. Burke, Charles T. Burke. Ameriquest Mortgage Company served on 11/9/2007, answer due 11/29/2007. (Lefebvre, Christopher) (Entered: 11/09/2007) |
| 01/08/2008 | 3 | CONDITIONAL TRANSFER ORDER transferring the action to the USDC for the Northern District of IL; Inasmuch as no objection is pending at this time, the stay is lifted. So Ordered by Jeffery N. Luthi, Clerk of the Panel on 1/3/08. (Jackson, Ryan) (Entered: 01/11/2008) |
| 01/11/2008 | | Case transferred to USDC for the Northern District of IL. Complete file, certified copy of transfer order, and docket sheet sent. (Jackson, Ryan) (Entered: 01/11/2008) |
| 01/11/2008 | 4 | CERTIFIED TRANSFER ORDER: Transferring case to the Northern District of Illinois and assigned to Honrorable Marvin E. Aspen. (Farrell Pletcher, Paula) (Entered: 01/15/2008) |