# Appendix A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| MELISSA M. RAY, RONNIE R. JOHNSON and JANICE K. And CHARLES T. BURKE | : : : : | C.A. 08-00177 |
| Plaintiffs, | : | |
| VS. | : : | (Originally 07-383 (RI)) |
| AMERIQUEST MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee of AMERIQUEST MORTGAGE SECURITIES, INC., Asset Backed Pass Through Certificates, Series 2005-R4, Series 2004-R10, Under the Pooling and Servicing Agreement Without Recourse, AMC MORTGAGE SERVICES, INC., WASHINGTON MUTUAL BANK, and DOES 1-5 | : : : : : : : : : : : : : : : | Transferred to Judge Aspen for Pretrial Proceedings under MDL # 1715, Lead Case C.A. 05-07097 |
| Defendants. | : | |

## AMENDED COMPLAINT

### INTRODUCTION

1. This action seeks redress against Ameriquest Mortgage Company for violations of the

Truth in Lending Act, 15 U.S.C. § 1601 et seq. ("TILA") and implementing Federal Reserve

Board Regulation Z, 12 C.F.R. part 226.23.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action under 15 U.S.C. §1640 (TILA), and 28 U.S.C. §§1331 (general jurisdiction),1332 (diversity jurisdiction) and 1337 (interstate commerce).

3. Venue in this District is proper under 28 U.S.C. § 1391(b) and (c) because Defendant does business in this District. Defendant is therefore deemed to reside in this District under 28 U.S.C. § 1391( c).

## PARTIES AND FACTS

### Facts Pertaining To Plaintiff Melissa M. Ray

4. Plaintiff Melissa M. Ray resides at 21 Alabama Ave. Warwick, RI 02888.

5. On or about May 18, 2005, Plaintiff Ray obtained a loan from Ameriquest, secured by her residence, for the purpose of debt consolidation. All of the proceeds of the loan were used for personal, family or household purposes.

6. In connection with the transaction, Plaintiff Ray received or signed the following documents:

1. A note in the principal amount of $217,800.00;
2. A mortgage;
3. A Truth in Lending statement;
4. A notice of right to cancel, attached as Exhibits 1 and 2;
5. A One Week Cancellation Period form; attached as Exhibit 3; and
6. A HUD-1 Settlement Statement.

7. On or about September 26, 2007 Plaintiff Ray exercised her extended right to rescind the loan for violations of TILA. A notice of rescission was sent to Ameriquest. A Copy of the notice is attached as Exhibit 4.

### Facts Pertaining To Plaintiff Ronnie R. Johnson

8. Plaintiff Ronnie R. Johnson resides at 41 Warrington, Providence, RI 02907.

9. On or about August 24, 2004, Plaintiff Johnson obtained a loan from Ameriquest, secured by his residence, for the purpose of debt consolidation. All of the proceeds of the loan were used for personal, family or household purposes.

10. In connection with the transaction, Plaintiff Johnsom received or signed the following documents:

1. A note in the principal amount of $144,500.;
2. A mortgage;
3. A Truth in Lending statement;
4. A notice of right to cancel, attached as <u>Exhibit 5</u>;
5. A One Week Cancellation Period form; attached as <u>Exhibit 6</u>; and
6. A HUD-1 Settlement Statement.

11. On or about July 31, 2007, Plaintiff Johnson exercised his extended right to rescind the loan for violations of TILA. A notice of rescission was sent to Ameriquest. A Copy of the notice is attached as <u>Exhibit 7</u>.

### Facts Pertaining To Plaintiffs Janice K. and Charles T. Burke

12. Plaintiffs Janice K. and Charles T. Burke reside at 48 Pocasset Ave., Cumberland, RI 02864.

13. On or about February 25, 2005, Plaintiffs Burke obtained a loan from Ameriquest, secured by their residence, for the purpose of debt consolidation. All of the proceeds of the loan were used for personal, family or household purposes.

14. In connection with the transaction, Plaintiffs Burke signed the following documents:

1. A note in the principal amount of $206,500.;
2. A mortgage;
3. A Truth in Lending statement;
4. A notice of right to cancel, attached as <u>Exhibit 8</u>;
5. A One Week Cancellation Period form; attached as <u>Exhibit 9</u>; and
6. A HUD-1 Settlement Statement.

15.  On or about July 31, 2007  Plaintiffs Burke exercised their extended right to rescind the loan for violations of TILA.  A notice of rescission was sent to Ameriquest.  A Copy of the notice is attached as <u>Exhibit 10</u>.

## DEFENDANTS

16.  Defendant Ameriquest is a National corporation with its principle place of business at 1100 Town and Country Road, Suite 1200, Orange, CA 92868.

17.  Ameriquest enters into more than 5 transactions per year in which credit is extended that is secured by the principal residence of a consumer and is used for purposes other than the initial acquisition or construction of the residence.

18.  Ameriquest is therefore a creditor as defined in TILA and implementing Federal Reserve Board Regulation Z.

19.  Ameriquest is what is commonly known as a "subprime" lender, targeting persons who have or who believe they have impaired credit.

20. Defendant AMC Mortgage Services, Inc., is a foreign corporation which does business in Rhode Island. It is an affiliate of Ameriquest. Its registered agent and office are National Registered Agents, Inc., 222 Jefferson Boulevard, Suite 200, Warwick, RI 02888.

21. Defendant AMC Services, Inc., an affiliate of Ameriquest Mortgage Company, services loans originated by Ameriquest Mortgage Company, and claims an interest in such loans, including the right to receive payments thereunder. It is joined as a necessary party.

22. Defendant Deutsche Bank, is a federally chartered bank located at 60 Wall Street, New York, NY 10005. On information and belief, it holds legal title to some of Plaintiffs' loans as trustee.

23. Defendant Ameriquest Mortgage Securities, Inc., an affiliate of Ameriquest Mortgage Company, is a foreign corporation which transacts business in Rhode Island. It is the beneficial owner of some loans originated by Ameriquest Mortgage Company, including Plaintiffs'. It is located at 1100 Town & Country Road, Suite 1100, Orange, CA 92868.

24. Defendant Washington Mutual Bank is a federally chartered savings association with its headquarters in Seattle, Washington. Upon information and belief, it is the beneficial legal holder and assignee of the loan originated by Ameriquest Mortgage Company, relative to Plaintiffs Janice K. Burke and Charles T. Burke. It is joined as a necessary party.


## COUNT I - TRUTH IN LENDING ACT

25. Plaintiffs incorporate ¶¶ 1-24 as if fully set out herein.

26. Because the refinance transactions referenced herein were secured by the Plaintiffs' home, and were not entered into for purposes of the initial acquisition or construction of that home, they were subject to the right to cancel provided by 15 U.S.C. §1635, Regulation Z, 12 C.F.R. §226.23. More specifically, 15 U.S.C. §1635 provides:

> **The creditor shall clearly and conspicuously disclose, in accordance with regulations of the Board, to any obligor in a transaction subject to this section the rights of the obligor under this section. The creditor shall also**

**provide, in accordance with regulations of the Board, appropriate forms for the obligor to exercise his right to rescind any transaction subject to this section.** (15 U.S.C. § 1635(a).)

27. Regulation Z, promulgated by the Federal Reserve Board pursuant to the Truth in Lending Act, amplifies the statutory requirements. The regulation restates the statutory rescission right, 12 C.F.R. § 226.23(a), and requires that the creditor deliver to each person entitled to rescind "two copies" of a document that "clearly and conspicuously disclose" 12 C.F.R. § 226.23(b)(1) the borrower's rescission rights. More specifically, the regulation provides:

> **In a transaction subject to rescission, a creditor shall deliver two copies of the notice of the right to rescind to each consumer entitled to rescind (one copy to each if the notice is delivered by electronic communication as provided in § 226.36(b)). The notice shall be on a separate document that identifies the transaction and shall clearly and conspicuously disclose the following:**
>
> **(i) The retention or acquisition of a security interest in the consumer's principal dwelling.**
>
> **(ii) The consumer's right to rescind the transaction.**
>
> **(iii) How to exercise the right to rescind, with a form for that purpose, designating the address of the creditor's place of business.**
>
> **(iv) The effects of rescission, as described in paragraph (d) of this section.**
>
> **(v) The date the rescission period expires.** (12 C.F.R. § 226.23(b)(1).)

## DEFECTIVE NATURE OF DISCLOSURES

28. In connection with the Plaintiffs' loans, Ameriquest Mortgage Company failed to provide the required disclosures of the plaintiffs' right to cancel, in violation of 15 U.S.C. §1635, Regulation Z, 12 C.F.R. §226.23 for (without limitation) the following reasons:

**Failure to deliver completed notices of the right to rescind (as to all Plaintiffs)**

29. The copies of the notice of right to cancel actually delivered to each of the Plaintiffs referenced herein were defective and in violation of Regulation Z in that they did not specify the date of the transaction and the date of the expiration of the rescission period.

**Failure to deliver accurate the notice of the right to rescind (as to Plaintiff Ray Only)**

30. The notice of right to cancel, attached hereto as Exhibit 2, is defective in that the date of the transaction and the date of the expiration of the recession period were both wrong in violation of 15 U.S.C. § 1635, Regulation Z, 12 C.F.R. § 226.23.

**"One Week" Form (As To All Plaintiffs)**

31. The delivery of two different notices of right to cancel is confusing and obfuscatory, resulting in lack of clear and conspicuous disclosure of the right to cancel in violation of 15 U.S.C. §1635, Regulation Z, 12 C.F.R. §226.23.

32. Further, the "one week" cancellation notice is misleading, as the period given is actually only six days long. Ameriquest's own personnel found this confusing, and were issued a "job aid" at the beginning of each month listing the expiration dates for the official and "one week" cancellation notices for loans closed each day during the month.

33. Furthermore, the "one week" cancellation notice does not afford the consumer any protection under 15 U.S.C. §1635, Regulation Z, 12 C.F.R. §226.23.

34. 15 U.S.C. § 1635(g) provides that a court may award damages under section 1640 in addition to rescission.

35. The failure of the Defendants to honor/respond to the notice of rescission is a separate violation of 15 U.S.C. § 1640 (a) entitling the Plaintiffs to an award of statutory damages.

**WHEREFORE**, Plaintiffs request that the Court enter judgment in favor of Plaintiffs and against Defendants as follows:

1. A declaration that Plaintiffs are entitled to rescind;
2. Rescission of the loans;
3. Statutory damages;
4. Attorney's fees, litigation expenses and costs.
5. Such other relief as the Court deems appropriate.

Respectfully submitted,

/s/Christopher M. Lefebvre
  Claude Lefebvre, Christopher Lefebvre P.C.
  Chris@Lefebvrelaw.com
  P.O. Box 479
  Pawtucket, RI  02862
  (401) 728-6060
  (401) 728-6534 (FAX)

**JURY DEMAND**

Plaintiffs demand trial by jury

/s/Christopher M. Lefebvre

# EXHIBIT 1

## NOTICE OF RIGHT TO CANCEL

LENDER:    Ameriquest Mortgage Company

DATE:  May 18, 2005
LOAN NO.:   0118827104 - 5699
TYPE:    ADJUSTABLE RATE

BORROWER(S): Melissa M. Ray

ADDRESS:        21 Alabama Ave
CITY/STATE/ZIP:   Warwick, RI 02888

PROPERTY:  21 Alabama Ave
           Warwick, RI 02888

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is    ENTER DOCUMENT SIGNING DATE        ;

    or
2.  The date you received your Truth in Lending disclosures;
    or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN: **FUNDING**
PHONE: **(714)634-3494**
FAX:     **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE                                           DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER Melissa M. Ray          Date          BORROWER/OWNER          Date

BORROWER/OWNER          Date          BORROWER/OWNER          Date

I064-NRC (Rev 11/03)

```
7777777707070700076765242717744400777370
7413566401073131763447105400756043737760
1223076604373776012320757375642166441007
0000011866710406090507010
```

**BORROWER COPY**

05/18/2005 6:20:24 PM

# EXHIBIT   2

## NOTICE OF RIGHT TO CANCEL

LENDER:    Ameriquest Mortgage Company

DATE: May 18, 2005
LOAN NO.:  0118827104 - 5699
TYPE:    ADJUSTABLE RATE

BORROWER(S): Melissa M. Ray

ADDRESS:    21 Alabama Ave
CITY/STATE/ZIP:    Warwick, RI 02888

PROPERTY:  21 Alabama Ave
Warwick, RI 02888

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

**ENTER DOCUMENT SIGNING DATE**

5-20-2005

or

2.  The date you received your Truth in Lending disclosures;

or

3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  **FUNDING**
PHONE: **(714)634-3494**
FAX:    **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

5-20-2005

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____
SIGNATURE                                   DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER Melissa M. Ray          Date          BORROWER/OWNER          Date

BORROWER/OWNER          Date          BORROWER/OWNER          Date

1064-NRC (Rev 11/03)

**BORROWER COPY**

05/18/2005 5:20:24 PM

# EXHIBIT  3

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0118827104 - 5699                    Borrower(s): Melissa M. Ray
Date: May 18, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

---

Borrower/Owner  Melissa M. Ray                          Date

---

Borrower/Owner                                          Date

---

Borrower/Owner                                          Date

---

Borrower/Owner                                          Date

---

## REQUEST TO CANCEL

I/We want to cancel loan # _____

Borrower/Owner Signature                                Date

7777777070707007676524271774440077370
7413566401073131763447105400756043737760
1230755043737760122303366275750065661107
00001168271040060422010P

SS0 (10/00)

05/18/2005 5:20:24 PM

**BORROWER COPY**

# EXHIBIT 4



*FROM THE OFFICE OF THE*

FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
*ATTORNEYS & COUNSELORS AT LAW*

September 26, 2007

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 1200
Orange, CA 92868

**Re:** **Notice of Rescission by Melissa M. Ray of 21 Alabama Ave. Warwick, RI 02888; Loan Number: 0118827104; Closing Date 05/18/2005.**

To Whom It May Concern:

I represent Melissa M. Ray concerning the mortgage loan transaction she entered into with Ameriquest Mortgage Company on May 18, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Ms. Ray was given inaccurate and incomplete notices of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Ray's property located at 21 Alabama Ave. Warwick, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Melissa M. Ray,
By her Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

**CERTIFIED MAIL-RETURN
RECEIPT REQUESTED**

cc: Melissa M. Ray

# EXHIBIT 5

# NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  August 24  2004
LOAN NO.:   0088507884 - 5594
TYPE:   ADJUSTABLE RATE

BORROWER(S): Cecelia Johnson      Ronnie R Johnson

ADDRESS:       41 Warrington Street
CITY/STATE/ZIP:   PROVIDENCE,RI 02907

PROPERTY:  41 Warrington Street
              PROVIDENCE, RI  02907

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

> **ENTER DOCUMENT SIGNING DATE**
> _____        ;

or
2.  The date you received your Truth in Lending disclosures;
or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN: **FUNDING**
PHONE: **(714)634-3494**
FAX:     **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

> **ENTER FINAL DATE TO CANCEL**
> _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE                                    DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER Cecelia Johnson          Date       BORROWER/OWNER Ronnie R Johnson          Date

BORROWER/OWNER          Date       BORROWER/OWNER          Date

1004-NRC (Rev 02/04)

0000008850788440400050101

**LENDER COPY**

08/24/2004 2:56:18 PM

# EXHIBIT 6

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0088507884 - 5594          Borrower(s): Cecelia Johnson
Date: August 24, 2004                                    Ronnie R Johnson

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

　　　　Ameriquest Mortgage Company
　　　　1600 S Douglass Rd Anaheim, CA 92806
　　　　ATTN: Funding Department
　　　　Phone: (714)541-9960
　　　　Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  Cecelia Johnson                                      Date

_____          _____
Borrower/Owner  Ronnie R Johnson                                   Date

_____          _____
Borrower/Owner                                                                Date

_____          _____
Borrower/Owner                                                                Date

## REQUEST TO CANCEL
I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                                                Date

000000885078840404220101
850 (10/00)

08/2~/2004 2:56:18 PM

**LENDER COPY**

# EXHIBIT 7

# FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

July 31, 2007

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 1200
Orange, CA 92868

**Re: Notice of Rescission by Ronnie R. Johnson of 41 Warrington Ave., Providence, RI 02907; Loan Number: 0088507884; Closing Date 08/24/2004.**

To Whom It May Concern:

I represent Ronnie R. Johnson concerning the mortgage loan transaction he and his wife entered into with Ameriquest Mortgage Company on August 24, 2004. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Johnson was given incomplete and therefore, inaccurate notices of his right to cancel the above consumer credit contract in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Johnson's property located at 41 Warrington Ave., Providence, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Ronnie R. Johnson
By his Attorney,

_____
Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**
cc: Ronnie R. Johnson

# EXHIBIT 8

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  February 25, 2005
LOAN NO.:   0111427340 - 5782
TYPE:   ADJUSTABLE RATE

BORROWER(S): Janice K Burke      Charles T Burke, Jr.

ADDRESS:       48 Pocasset Avenue
CITY/STATE/ZIP:   CUMBERLAND, RI 02864

PROPERTY:   48 Pocasset Avenue
CUMBERLAND,  RI  02864

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

or
2.   The date you received your Truth in Lending disclosures;
or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  FUNDING
PHONE: **(714)634-3494**
FAX:     **(800)664-2256**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                                      DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____          _____
BORROWER/OWNER Janice K Burke        Date     BORROWER/OWNER Charles T Burke, Jr.      Date

_____          _____
BORROWER/OWNER                              Date     BORROWER/OWNER                              Date

1064-NRC (Rev 11/03)

0000011142734004000050101

**BORROWER COPY**

02/25/2005 8:43:18 AM

# EXHIBIT 9

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0111427340 - 5782

Date: February 25, 2005

Borrower(s): Janice K Burke
Charles T Burke, Jr.

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____

Borrower/Owner  Janice K Burke                               Date

_____

Borrower/Owner  Charles T Burke, Jr.                         Date

_____

Borrower/Owner                                               Date

_____

Borrower/Owner                                               Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____.

_____

Borrower/Owner Signature                                     Date

---

850 (10/00)

0000111427340040422010I

02/25/2005 8:43:18 AM

**BORROWER COPY**

# EXHIBIT 10



WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
ATTORNEYS & COUNSELORS AT LAW

July 31, 2007

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 1200
Orange, CA 92868

Re: Notice of Rescission by Janice K. Burke and Charles T. Burke of 48 Pocasset Ave., Cumberland, RI 02864; Loan Number: 0111427340; Closing Date 02/25/2005.

To Whom It May Concern:

I represent Janice K. Burke and Charles T. Burke concerning the mortgage loan transaction they entered into with Ameriquest Mortgage Company on February 25, 2005. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. & Mrs. Burke were given incomplete and therefore, inaccurate notices of their right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Burke's property located at 48 Pocasset Ave., Cumberland, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

> Very truly yours,
> Janice K. Burke
> Charles T. Burke
> By their Attorney,
>
> Christopher M. Lefebvre
> P. O. Box 479
> Pawtucket, RI 02862

CERTIFIED MAIL-RETURN RECEIPT REQUESTED
cc: Janice K. Burke and Charles T. Burke

TWO DEXTER STREET, P.O. BOX 479   PAWTUCKET, RI 02862   PHONE: (401) 728-6060   FAX: (401) 728-6534