AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

MELISSA M. RAY, et al,

V.

AMERIQUEST MORTGAGE CO.,
AMC MORTGAGE SERVICES, INC.,
DEUTSCHE BANK NATIONAL TRUST CO., as Trustee of
AMERIQUEST MORTGAGE SECURITIES, INC.
WASHINGTON MUTUAL BANK,
and DOES 1-5

CASE NUMBER: CV 08-00177, under MDL #1715

ASSIGNED JUDGE: Judge Marvin E. Aspen

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Deutsche Bank National Trust Co.
60 Wall Street, New York, NY 10005
Washington Mutual Bank
8050 SW 10th. Street, Bldg. 4, Suite 1000, Plantation, FL 33324

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher Lefebvre
P.O. Box 479
Pawtucket, RI  02862

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK



May 22, 2008
Date

O AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 05/30/08 @ 11:40am |
| NAME OF SERVER *(PRINT)* Surya Von Rosen | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served to Suzanne Patten - Authorized Person at: 1761 E. St Andrews Pl., Santa Ana, CA 92705

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/6
　　　　　　　Date　　　　　　　Signature of Server

29 Cerrito, Irvine, CA 92612
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.